UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-02054-X |
| | § | |
| JOHN DOE, subscriber assigned IP address | § | |
| 70.123.176.83, | § | |
| | § | |
| Defendant. | § | |

**MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Strike 3"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Spectrum, prior to a Rule 26(f) conference (the "Motion").

**MOTION FOR LEAVE**                                                                      **Page 1**

Dated: 08/12/2025                                    Respectfully submitted,


By: */s/ Paul S. Beik*_____
    PAUL S. BEIK
    Texas Bar No. 24054444
    BEIK LAW FIRM, PLLC
    917 Franklin Street, Suite 220
    Houston, Texas 77002
    T: 713-869-6975
    F: 713-583-9169
    E-mail: paul@beiklaw.com

    MATTHEW J. KITA
    Texas Bar No. 24050883
    3110 Webb Avenue, Suite 150
    Dallas, TX 75205
    T: (214) 699-1863
    E-mail: matt@mattkita.com

    **ATTORNEYS FOR PLAINTIFF**
    **STRIKE 3 HOLDINGS, LLC**

## Certificate of Non-Conferral

Because Plaintiff does not at this time know the identity of Doe Defendant, Plaintiff was unable to confer with Defendant or his or her counsel regarding the present Motion.


*/s/ Paul S. Beik*